# Michael P. Mangan LLC
## Attorney at Law
80 Wall Street, Suite 1214
New York, New York 10005

_____

Phone: (212) 248-2171
Fax: (212) 509-4522

**VIA ECF**

January 16, 2008

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
Long Island Courthouse, Room 910
100 Federal Plaza
Central Islip, NY 11722-4438

      Re:    <u>Terrell L. Harris v. Suffolk County, et al.</u>,
              06 CV 6321 (JFB)(AKT)

Dear Judge Tomlinson:

    I represent plaintiff Terrell Harris in the above-referenced action I am writing to inform the Court, at the Court's request, that counsel for the defendants, Mr. Richard T. Dunne, Esq., has explicitly consented to plaintiff's January 11, 2008 letter request that the action be administratively closed without prejudice until resolution of the pending criminal charges against the plaintiff.

    Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  /s/
                              Michael P. Mangan (MPM-5773)

Cc:    Richard T. Dunne, Esq. (*Via ECF*)
        Assistant Suffolk County Attorney